**FILED**

February 12, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:          DT

Deputy Clerk

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | **S E A L E D** **Case No: EP:25-CR-00266-LS** |
| | § | |
| **v.** | § | |
| | § | |
| **GEORGE LOPEZ,** | § | |
| | § | |
| **Defendant.** | § | |

### GOVERNMENT'S MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and files this Motion to Seal Indictment in the above numbered cause and would show the Court as follows:

On **February 12, 2025**, the Grand Jury returned a True Bill of Indictment, charging the above-named defendant in the above numbered cause. The disclosure of the existence of the Indictment would seriously jeopardize the ability of law enforcement officers to locate the Defendant and apprehend Defendant without incident. The Government therefore seeks an Order of the Court placing the Indictment and related documents concerning the above-named Defendant in the above numbered cause under seal. **When the Defendant is arrested, the Indictment and related documents will be unsealed.**

Accordingly, the United States respectfully requests that the Indictment in the above entitled and numbered cause and this Motion and Order be sealed until further order of this Court or until the Defendant is arrested.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By: _____
ADRIÁN E. GALLEGOS
Assistant U.S. Attorney
Texas Bar #24042413
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884