**FILED**
February 12, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:_____DT_____
　　　　　　　　　Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | **S E A L E D** **Case No: EP:25-CR-00266-LS** |
| Plaintiff, | § § | **I N D I C T M E N T** |
| v. | § § | **CT 1:** 18 U.S.C. § 39A – Aiming a Laser Pointer at an Aircraft |
| GEORGE LOPEZ, | § § § | |
| Defendant. | § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

On or about August 23, 2024, in the Western District of Texas, Defendant,

**GEORGE LOPEZ,**

knowingly aimed the beam of a laser pointer at an aircraft in the special aircraft jurisdiction of the United States, to wit: a Texas Department of Public Safety Helicopter, tail number DPS 149, N329TX, an Airbus AS350 B3, all in violation of Title 18, United States Code, Section 39A.

A TRUE BILL.



_____
FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
　　　Assistant United States Attorney