AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
2025 FEB 18 AM 10: 47
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. EP-25-CR-00266-LS |
| GEORGE LOPEZ | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **GEORGE LOPEZ**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Count 1 - 18 U.S.C. 39A - Aiming a Laser Pointer at an Aircraft

Date: 02/13/2025

_____
Issuing officer's signature

City and state: El Paso, Texas

Jaime Galaviz, Operations Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 2-13-2025, and the person was arrested on *(date)* 2-14-2025
at *(city and state)* El Paso, TX.

Date: 2-14-2025

_____
Arresting officer's signature

Michael Elkherr, Special Agent DOT-OIG
*Printed name and title*